

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00176-CR

**EX PARTE** Misael **MORENO MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13213CR
Honorable Molly Francis, Judge Presiding

PER CURIAM

Sitting:      Adrian Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: September 17, 2025

DISMISSED

Appellant, Misael Moreno Martinez, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Moreno Martinez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH